UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

In re

Glynis Hope Banhan

CHAPTER    7
CASE NO.    09-20163-RBR

Debtor(s)
_____/

**CERTIFICATE OF NO RESPONSE OR SETTLEMENT
AND REQUEST FOR ENTRY OF ORDER**

BANK OF AMERICA, N.A., SUCCESSOR BY MERGER TO COUNTRYWIDE BANK, FSB ("Creditor"), has filed a Motion For Relief From Stay regarding **REAL PROPERTY LOCATED AT: 1907 BELMONT LN NORTH LAUDERDALE FL 33068/ LEGALLY DESCRIBED AS: UNIT NO. 1907 OF BELMONT AT NORTH LAUDERDALE, A CONDOMINIUM, ACCORDING TO THE DECLARATION OF CONDOMINIUM THEREOF, AS RECORDED IN OFFICIAL RECORDS BOOK 38430, PAGE 1865, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORIDA** dated August 13, 2009, pursuant to Section 362(d), and Creditor hereby represents:

1.    The Motion and proposed Order (where required by the Local Rules) were timely served on all interested parties pursuant to the referenced rule as is shown on the Certificate of Service previously filed with the Motion.

2.    The Motion contained the bulletin required by the referenced rule.

3.    The deadline for response to the Motion was August 28, 2009.

4.    **As of today's date, a check of the electronic entries docketed in this case confirms that neither the Debtor nor the Trustee have filed a response.**

WHEREFORE, Creditor seeks the entry of an Order, in the form which accompanies this Certificate (or, if no Order is attached, then the proposed Order which was submitted when the Motion was filed) , granting the requested relief.

I hereby certify that I am admitted to the Bar of the United States District Court for the

Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

/s/ Larry M. Foyle, Esq.
Larry M. Foyle, Esq.
Kass, Shuler, Solomon, Spector,
   Foyle & Singer, P.A.
P.O. Box 800
Tampa, FL 33601
Phone: (813) 229-0900 Ext. 1353
Fax:   (813) 769-7563
lfoyle@kasslaw.com
Florida Bar No. 307343

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida, and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A) and that I, if applicable, conferred with opposing counsel in an attempt to resolve these issues before requesting a hearing.

I HEREBY CERTIFY THAT a true and correct copy of the foregoing was furnished on August 31, 2009, by U.S. Mail and/or electronic mail via CM/ECF to: Glynis Hope Banhan , 6071 NW 40 St , Coral Springs, FL 33067; Kenneth L Banhan at his/her place of abode, 6071 NW 40 St , Coral Springs, FL 33067; Roslyn C. Lewin, Esq., 4300 N. University Dr., #C103, Lauderhill, FL 33351; Leslie Osborne, 1300 N. Federal Highway, #203, Boca Raton, FL 33432.

/s/ Larry M. Foyle, Esq.
Larry M. Foyle, Esq. (x1353)

286750.092980B/mb